AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
ON 10/23/12
Julie A. Richards, Clerk
US District Court
Eastern District of NC

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
V.

CARRIE TYSON

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:12-MJ-1904

CHARGING DISTRICTS
CASE NUMBER: 3:12CR239-FDW

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the WESTERN District of NORTH CAROLINA; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _____ on TO BE NOTIFIED _____.

*Date and Time*

_____
Signature of Judge

23 October 2012
Date

JAMES E. GATES
Name and Title of Judge